IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.:  3:03cr144/LAC
                                                     3:05cv247/LAC/MD

MARK A. STEWART

_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 31, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The government's motion to dismiss (doc. 28) is GRANTED and the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 21) is DISMISSED as untimely.

DONE AND ORDERED this 19th day of October, 2005.

                                                     s/*L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**