**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.   Case No: 3:03cr144/LAC
           3:05cv247/LAC/MD

MARK A. STEWART

---

## ORDER

The defendant has filed a notice of appeal (doc. 39) which this court construes as a request for a certificate of appealability.[1] Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's October 31, 2005 order (doc. 37) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on August 31, 2005 (doc. 32), his request for a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. Even if one had been filed, because the court finds that the appeal is not taken in good faith, defendant would not be entitled to so proceed. Defendant shall pay the $255.00 filing fee within thirty days.

DONE AND ORDERED this 10th day of November, 2005.

*s/L. A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).